UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| **STEVE BECKETT**, individually and on behalf of all others similarly situated, c/o DannLaw 15000 Madison Avenue Lakewood, OH 44107 <br> Plaintiffs, <br> v. <br><br> **BITCOIN DEPOT, INC.** c/o Corporation Service Company Registered Agent 135 North Pennsylvania Street, Suite 1610 Indianapolis, IN 46204 AND **BITCOIN DEPOT OPERATING, LLC (D/B/A BITCOIN DEPOT)** c/o Corporation Service Company Registered Agent 135 North Pennsylvania Street, Suite 1610 Indianapolis, IN 46204 <br> Defendants. | Case No. 1:25-cv-01450-TWP-MG <br><br> Judge Tanya Walton Pratt <br> Magistrate Judge Mario Garcia |

**NOTICE OF PARTIES' FIRST EXTENSION**
**OF TIME TO ANSWER OR OTHERWISE PLEAD**

Defendants Bitcoin Depot, Inc. and Bitcoin Depot Operating, LLC (d/b/a Bitcoin Depot) ("Bitcoin Depot" or "Defendants"), by and through their undersigned counsel of record, and pursuant to Local Rule 6-1, and by agreement with counsel for Plaintiffs Steve Beckett *et al.*, state as follows:

1. Defendants were served with Plaintiffs' Complaint on or about July 23, 2025.

2. Bitcoin Depot's deadline to respond to Plaintiffs' Complaint is August 13, 2025.

3. Bitcoin Depot seeks to extend its deadline to respond to August 27, 2025.

4. On August 4, 2025, counsel for Bitcoin Depot discussed this deadline with counsel for Plaintiffs, and Plaintiffs' counsel has no objection to the extension sought in this Notice of Parties' First Extension.

5. The deadline has not been previously extended, the extension is for 28 days or fewer, and the extension does not interfere with any Case Management Plan, scheduled hearings or trials, or other case deadlines, which have not currently been set.

**WHEREFORE**, pursuant to Local Rule 6-1 and by agreement of the parties, Defendants shall have up to and including August 27, 2025, to answer or otherwise plead or respond to Plaintiffs' Complaint.

August 7, 2025

Respectfully submitted,

BITCOIN DEPOT, INC.,
BITCOIN DEPOT OPERATING, LLC
d/b/a/ BITCOIN DEPOT

By their counsel,

*/s/ Jena M. Valdetero*
Illinois Bar No. 06290948
GREENBERG TRAURIG, LLP
360 N Green St. Suite 1300
Chicago IL, 60607
Tel: 312-456-1025
jena.valdetero@gtlaw.com