# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| **STEVE BECKETT**, individually and on behalf of all others similarly situated, c/o DannLaw 15000 Madison Avenue Lakewood, OH 44107           Plaintiffs, v. **BITCOIN DEPOT, INC.** c/o Corporation Service Company Registered Agent 135 North Pennsylvania Street, Suite 1610 Indianapolis, IN 46204 AND **BITCOIN DEPOT OPERATING, LLC (D/B/A BITCOIN DEPOT)** c/o Corporation Service Company Registered Agent 135 North Pennsylvania Street, Suite 1610 Indianapolis, IN 46204           Defendants. | Case No. 1:25-cv-01450-TWP-MG Judge Tanya Walton Pratt Magistrate Judge Mario Garcia |

**DECLARATION OF PHILIP BROWN IN SUPPORT OF DEFENDANTS BITCOIN DEPOT INC. AND BITCOIN DEPOT OPERATING, LLC (D/B/A BITCOIN DEPOT)'S MOTION TO COMPEL ARBITRATION AND STAY OR DISMISS THE ACTION OR IN THE ALTERNATIVE TO DISMISS AND STRIKE CLASS ALLEGATIONS**

1

I, Philip Brown, declare as follows:

1. My name is Philip Brown. I am over the age of 18, of sound mind, and competent in all respects to make this Declaration. I have personal knowledge of all facts stated in this Declaration, which are true and correct.

2. I am currently employed as the Chief Compliance Officer at Bitcoin Depot Inc. ("Bitcoin Depot").

3. Bitcoin Depot Inc. is a parent company of Bitcoin Depot Operating, LLC ("Bitcoin Depot Defendants"). Bitcoin Depot Defendants are Delaware companies. Bitcoin Depot Operating, LLC's principal place of business is in Georgia. Bitcoin Depot Operating, LLC owns and operates Bitcoin Depot ATMs across the country. Bitcoin is a type of cryptocurrency.

4. Bitcoin Depot ATMs let users deposit cash to buy Bitcoin. Before confirming the transaction, the ATM displays a $3.00 flat fee and the specific rate at which the user will purchase Bitcoin. After deducting these amounts, the remainder of the cash is converted to Bitcoin, which is sent to the wallet address designated by the user.

5. Bitcoin Depot ATMs are located inside various stores across the country.

6. The Terms and Conditions in place at the time of Plaintiff's transactions on December 16, 2024 and December 17, 2024 are attached here as **Exhibit A**. The Terms and Conditions provide:

   a. The parties hereby agree to arbitrate all claims that may arise under the Agreement. Without limiting the foregoing, should a dispute arise between the parties (including the Covered Parties) including, without limitation, any matter concerning the Bitcoin Depot Offerings, the terms and conditions of the Agreement or the breach of the same by any party hereto: (a) the parties agree to submit for resolution by arbitration before the American Arbitration Association ("AAA") in Atlanta, GA, in accordance with the current Commercial Arbitration rules of the AAA… (Section 17.1)

Bitcoin Depot's Terms and Conditions further provide, in capital letters:

> b. THE AGREEMENT CONTAINS DISCLAIMERS OF WARRANTIES, LIMITATIONS OF LIABILITY, RELEASES, A CLASS-ACTION WAIVER, AND THE REQUIREMENT TO ARBITRATE ANY AND ALL CLAIMS THAT MAY ARISE HEREUNDER AGAINST BITCOIN DEPOT, AS WELL AS ITS PARENT, SUBSIDIARIES, RELATED PARTIES, THIRD-PARTY SERVICE PROVIDERS AND MARKETING PARTNERS (COLLECTIVELY, "COVERED PARTIES"), WHO ARE EXPRESS THIRD-PARTY BENEFICIARIES OF THE MANDATORY ARBITRATION PROVISION. THE AFOREMENTIONED PROVISIONS ARE AN ESSENTIAL BASIS OF THE AGREEMENT. (Introductory Section)

7. The current version of the Terms and Conditions are also available at Bitcoin Depot's website at Terms and conditions - bitcoindepot.com. The currently available version is substantively identical to the version in place in December 16-17, 2024, when Plaintiff completed the transactions at issue.

8. Also attached to my Declaration, as **Exhibit B**, are the Terms and Conditions that were in place and at issue in the *Mooneyham v. Bitcoin Depot, Inc. et al.* (United States District Court, District of South Carolina Columbia Division, Case No: 3:24-cv-01774-SAL) matter when Mooneyham completed the transactions at issue in that matter on November 15, 2023, and November 17, 2023. Those Terms and Conditions are also substantively identical to the version in place in December 16-17, 2024, when Plaintiff Beckett completed the transactions at issue, and they are also substantively identical to the current version available online.

9. Upon initiating a transaction at Bitcoin Depot ATM as a new user, the machine displays numerous informational prompts to the user. There is also a WARNING sign on the machine itself. See **Exhibit C** for warnings that are attached to the Bitcoin Depot ATM.

10. The user must read and accept these prompts to complete a transaction at a Bitcoin Depot ATM. At the time of the Transactions, the prompts include:

    a.    A prompt for the user to enter their mobile number.

    b.    A prompt to create and verify a 4-digit secret PIN to use when accessing the user's account.

    c.    A prompt that contains a Disclaimer and Bitcoin Depot's Terms and Conditions. Users are required to accept these Terms and Conditions by selecting "I accept these terms and conditions" to open an account and to continue the transaction.

    d.    After accepting the Terms and Conditions the user receives a scam warning sent to his or her phone via text, which states: "Warning! Don't use Depot's ATMs for payments to any govt entities, law enforcement, employers, tech support companies, and significant others as it's likely a scam. Don't use a QR Code provided by a 3rd party. Need help? Call 678-435-9604.

    e.    After the customer enters their identifying information and continues with the transaction, before they are then taken to a screen which states: "ARE YOU BEING SCAMMED? Do not buy bitcoin for IRS payments, if someone says you have been hacked or are being investigated, or if someone is trying to access your computer or bank account. These are scams! WARNING: LOSSES DUE TO FRAUDULENT OR ACCIDENTAL TRANSACTIONS MAY NOT BE RECOVERABLE AND TRANSACTIONS IN VIRTUAL CURRENCY ARE IRREVERSIBLE."

11.    Prior to initiating his first transaction on December 16, 2024, and in order to open his account, Plaintiff agreed to Bitcoin Depot's Terms and Conditions. He selected "I accept these terms and conditions." Plaintiff would not have been able to proceed with his transactions without

4

agreeing to the Terms and Conditions. His selection was recorded by the ATM in metadata, which I have reviewed. He was also shown the warnings referenced above during each of the three transactions he completed.

12. To complete a transaction, a user can either scan a QR code that contains a link to a Bitcoin wallet or type in a wallet address. Then, a user is given another prompt which states: "Does this wallet belong to you? The user is given two options: "No, it's someone else's" and "Yes, it's mine." The user must select "Yes, it's mine" to continue the transaction. If a user selects "No, it's someone else's," the user is directed to a prompt that states "**WARNING**" in all caps and red letters and "Bitcoin Depot terms of service require all users to use Bitcoin wallets that they own. You selected that you do not own the wallet you are attempting to use. Never scan a QR code that has been provided to you from a 3rd party. Remember all Bitcoin transactions are final and irreversible. QR codes provided to you by government entities including the IRS, law enforcement, employers, technical support companies, someone saying you've been hacked and significant other could be scams. Please contact Bitcoin Depot customer support if you have questions about scams: (678) 435-9604. In order to proceed you will need to create your own Bitcoin wallet and provide the Bitcoin wallet address QR code from that wallet." The current transaction is then cancelled, and the user is given the option to start a new transaction and download their own Bitcoin Depot wallet.

13. During three separate transactions on December 16, 2024 and December 17, 2024, Plaintiff confirmed that the Bitcoin wallet to which he was transferring the Bitcoin was his own.

14. Although a transaction can involve depositing cash into the Bitcoin Depot ATM kiosk in the state where the kiosk is located, when a transaction is completed, it is processed outside of the state of Indiana.

15. All prompts, protocols, and warnings discussed herein were programmed into all Bitcoin Depot ATM kiosks on or before approximately October 1, 2023. These protocols and warnings were programmed into the Bitcoin Depot ATM kiosk used by Plaintiff on the date of his transactions on December 16, 2024 and December 17, 2024. Photocopies of all prompt screens described in this Declaration, as **Exhibit D**, and the metadata confirming Plaintiff accepted the Terms are attached hereto as **Exhibit E.**

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on the 26th day of August in 2025 in Nevada, Washoe County

Signed by:

*Philip Brown*
23F3BC2A9E614F1...
Philip Brown

**docusign**

| **Certificate Of Completion** | | |
|---|---|---|
| Envelope Id: ACB2ACF9-CD7C-4255-9B7E-E4980EA52E77 | | Status: Completed |
| Subject: Complete with Docusign: Beckett Matter Bitcoin Depot - Indiana_ Declaration of Philip Brown ISO... | | |
| Source Envelope: | | |
| Document Pages: 6 | Signatures: 1 | Envelope Originator: |
| Certificate Pages: 4 | Initials: 0 | Lisa Held |
| AutoNav: Enabled | | 8400 NW 36 Street |
| EnvelopeId Stamping: Enabled | | Suite 400 |
| Time Zone: (UTC-05:00) Eastern Time (US & Canada) | | Doral, FL  33166 |
| | | lisa.held@gtlaw.com |
| | | IP Address: 4.7.216.182 |

| **Record Tracking** | | |
|---|---|---|
| Status: Original<br>         8/26/2025 5:25:06 PM | Holder: Lisa Held<br>         lisa.held@gtlaw.com | Location: DocuSign |

| **Signer Events** | **Signature** | **Timestamp** |
|---|---|---|
| Philip Brown<br>philip.brown@bitcoindepot.com<br>Chief Compliance Officer<br>Bitcoin Depot<br>Security Level: Email, Account Authentication (None) | Signed by:<br>*Philip Brown*<br>23F3BC2A9E614F1...<br><br>Signature Adoption: Pre-selected Style<br>Using IP Address: 2a09:bac2:6278:1232::1d0:eb<br>Signed using mobile | Sent: 8/26/2025 5:26:17 PM<br>Viewed: 8/26/2025 5:46:17 PM<br>Signed: 8/26/2025 5:46:26 PM |
| **Electronic Record and Signature Disclosure:**<br>    Accepted: 8/26/2025 5:46:17 PM<br>    ID: 2a5e407b-171d-406b-990a-ecf5b6d0289a<br>    Company Name: Greenberg Traurig, LLP | | |

| **In Person Signer Events** | **Signature** | **Timestamp** |
|---|---|---|

| **Editor Delivery Events** | **Status** | **Timestamp** |
|---|---|---|

| **Agent Delivery Events** | **Status** | **Timestamp** |
|---|---|---|

| **Intermediary Delivery Events** | **Status** | **Timestamp** |
|---|---|---|

| **Certified Delivery Events** | **Status** | **Timestamp** |
|---|---|---|

| **Carbon Copy Events** | **Status** | **Timestamp** |
|---|---|---|

| **Witness Events** | **Signature** | **Timestamp** |
|---|---|---|

| **Notary Events** | **Signature** | **Timestamp** |
|---|---|---|

| **Envelope Summary Events** | **Status** | **Timestamps** |
|---|---|---|
| Envelope Sent | Hashed/Encrypted | 8/26/2025 5:26:17 PM |
| Certified Delivered | Security Checked | 8/26/2025 5:46:17 PM |
| Signing Complete | Security Checked | 8/26/2025 5:46:26 PM |
| Completed | Security Checked | 8/26/2025 5:46:26 PM |

| **Payment Events** | **Status** | **Timestamps** |
|---|---|---|

| **Electronic Record and Signature Disclosure** | | |
|---|---|---|

Electronic Record and Signature Disclosure created on: 12/19/2022 12:23:56 PM
Parties agreed to: Philip Brown

## ELECTRONIC RECORD AND SIGNATURE DISCLOSURE

From time to time, Greenberg Traurig, LLP (we, us or Company) may be required by law to provide to you certain written notices or disclosures. Described below are the terms and conditions for providing to you such notices and disclosures electronically through the DocuSign system. Please read the information below carefully and thoroughly, and if you can access this information electronically to your satisfaction and agree to this Electronic Record and Signature Disclosure (ERSD), please confirm your agreement by selecting the check-box next to 'I agree to use electronic records and signatures' before clicking 'CONTINUE' within the DocuSign system.

**Getting paper copies**

At any time, you may request from us a paper copy of any record provided or made available electronically to you by us. You will have the ability to download and print documents we send to you through the DocuSign system during and immediately after the signing session and, if you elect to create a DocuSign account, you may access the documents for a limited period of time (usually 30 days) after such documents are first sent to you. After such time, if you wish for us to send you paper copies of any such documents from our office to you, you will be charged a $0.00 per-page fee. You may request delivery of such paper copies from us by following the procedure described below.

**Withdrawing your consent**

If you decide to receive notices and disclosures from us electronically, you may at any time change your mind and tell us that thereafter you want to receive required notices and disclosures only in paper format. How you must inform us of your decision to receive future notices and disclosure in paper format and withdraw your consent to receive notices and disclosures electronically is described below.

**Consequences of changing your mind**

If you elect to receive required notices and disclosures only in paper format, it will slow the speed at which we can complete certain steps in transactions with you and delivering services to you because we will need first to send the required notices or disclosures to you in paper format, and then wait until we receive back from you your acknowledgment of your receipt of such paper notices or disclosures. Further, you will no longer be able to use the DocuSign system to receive required notices and consents electronically from us or to sign electronically documents from us.

**All notices and disclosures will be sent to you electronically**

Unless you tell us otherwise in accordance with the procedures described herein, we will provide electronically to you through the DocuSign system all required notices, disclosures, authorizations, acknowledgements, and other documents that are required to be provided or made available to you during the course of our relationship with you. To reduce the chance of you inadvertently not receiving any notice or disclosure, we prefer to provide all of the required notices and disclosures to you by the same method and to the same address that you have given us. Thus, you can receive all the disclosures and notices electronically or in paper format through the paper mail delivery system. If you do not agree with this process, please let us know as described below. Please also see the paragraph immediately above that describes the consequences of your electing not to receive delivery of the notices and disclosures electronically from us.

**How to contact Greenberg Traurig, LLP:**

You may contact us to let us know of your changes as to how we may contact you electronically, to request paper copies of certain information from us, and to withdraw your prior consent to receive notices and disclosures electronically as follows:
To contact us by email send messages to: PrivacyOffice@gtlaw.com

**To advise Greenberg Traurig, LLP of your new email address**

To let us know of a change in your email address where we should send notices and disclosures electronically to you, you must send an email message to us at PrivacyOffice@gtlaw.com and in the body of such request you must state: your previous email address, your new email address.  We do not require any other information from you to change your email address.

If you created a DocuSign account, you may update it with your new email address through your account preferences.

**To request paper copies from Greenberg Traurig, LLP**

To request delivery from us of paper copies of the notices and disclosures previously provided by us to you electronically, you must send us an email to InformationGovernance@gtlaw.com and in the body of such request you must state your email address, full name, mailing address, and telephone number. We will bill you for any fees at that time, if any.

**To withdraw your consent with Greenberg Traurig, LLP**

To inform us that you no longer wish to receive future notices and disclosures in electronic format you may:

i. decline to sign a document from within your signing session, and on the subsequent page, select the check-box indicating you wish to withdraw your consent, or you may;

ii. send us an email to PrivacyOffice@gtlaw.com and in the body of such request you must state your email, full name, mailing address, and telephone number. We do not need any other information from you to withdraw consent..  The consequences of your withdrawing consent for online documents will be that transactions may take a longer time to process..

**Required hardware and software**

The minimum system requirements for using the DocuSign system may change over time. The current system requirements are found here: https://support.docusign.com/guides/signer-guide-signing-system-requirements.

**Acknowledging your access and consent to receive and sign documents electronically**

To confirm to us that you can access this information electronically, which will be similar to other electronic notices and disclosures that we will provide to you, please confirm that you have read this ERSD, and (i) that you are able to print on paper or electronically save this ERSD for your future reference and access; or (ii) that you are able to email this ERSD to an email address where you will be able to print on paper or save it for your future reference and access. Further, if you consent to receiving notices and disclosures exclusively in electronic format as described herein, then select the check-box next to 'I agree to use electronic records and signatures' before clicking 'CONTINUE' within the DocuSign system.

By selecting the check-box next to 'I agree to use electronic records and signatures', you confirm that:

- You can access and read this Electronic Record and Signature Disclosure; and
- You can print on paper this Electronic Record and Signature Disclosure, or save or send this Electronic Record and Disclosure to a location where you can print it, for future reference and access; and
- Until or unless you notify Greenberg Traurig, LLP as described above, you consent to receive exclusively through electronic means all notices, disclosures, authorizations, acknowledgements, and other documents that are required to be provided or made available to you by Greenberg Traurig, LLP during the course of your relationship with Greenberg Traurig, LLP.