UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| STEVE BECKETT individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>BITCOIN DEPOT, INC.,<br>BITCOIN DEPOT OPERATING, LLC d/b/a<br>BITCOIN DEPOT,<br><br>　　　　　　Defendants. | No. 1:25-cv-01450-TWP-MG |

### ORDER GRANTING REQUEST FOR ORAL ARGUMENT

This matter is before the Court on Defendants Bitcoin Depot, Inc., and Bitcoin Depot Operating, LLC's (d/b/a Bitcoin Depot) Request for Oral Argument (Filing No. 29). Currently pending before the Court is Defendants' Motion to Compel Arbitration (Filing No. 21). Having reviewed the motion and the docket for this case, the request for oral argument is **granted**.

Oral argument on Defendants' Motion to Compel Arbitration shall be heard on **Thursday, November 6, 2025, at 9:00 a.m.** in Courtroom 344, Birch Bayh Federal Building and U.S. Courthouse, Indianapolis, Indiana. Plaintiff and Defendants are each allotted twenty (20) minutes for a total of forty (40) minutes.

　　**IT IS SO ORDERED.**

Date: 10/9/2025

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

Brian Daniel Flick
DannLaw
bflick@dannlaw.com

Nicole E. Narotzky
MASLON EDELMAN BORMAN & BRAND, LLP
nicole.narotzky@gtlaw.com

Marita Isabel Ramirez
Dann Law Firm
mramirez@dannlaw.com

Jena M. Valdetero
Greenberg Traurig LLP
jena.valdetero@gtlaw.com