UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| **STEVE BECKETT**, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>**BITCOIN DEPOT, INC.**<br><br>AND<br><br>**BITCOIN DEPOT OPERATING, LLC (D/B/A BITCOIN DEPOT)**<br><br>    Defendants. | Case No. 1:25-cv-01450-TWP-MG<br><br>Judge Tanya Walton Pratt<br>Magistrate Judge Mario Garcia |

## JOINT MOTION FOR CONTINUANCE OF STATUS CONFERENCE

Defendants Bitcoin Depot, Inc. and Bitcoin Depot Operating, LLC (d/b/a Bitcoin Depot) ("Bitcoin Depot" or "Defendants"), by and through their undersigned counsel of record, and pursuant to Local Rule 6-1, and by agreement with counsel for Plaintiffs Steve Beckett *et al.*, state as follows:

1. The parties submitted their Case Management Plan for approval on September 30, 2025. The Case Management Plan details the parties' agreement to stay discovery pending the outcome of Defendants' Motion to Compel Arbitration or in the alternative to Dismiss and Strike the Class Allegations.

2. The parties appeared by counsel for a Telephonic Initial Pretrial Conference on October 7, 2025.

3. Also on October 7, 2025, Magistrate Judge Garcia entered a minute order scheduling a telephonic status conference for December 17, 2025 at 2:00 p.m. Eastern.

1

4. The parties received approval for their Case Management Plan on October 9, 2025.

5. The parties will convene for oral argument on Defendants' Motion to Compel Arbitration or in the alternative to Dismiss and Strike the Class Allegations before Judge Tanya Walton Pratt on December 16, 2025, one day before the scheduled status conference with Magistrate Judge Garcia.

6. The parties seek to continue the status conference to February 2, 2026, or thereabouts. The continuance is made with good cause, as there has been no action on Defendants' Motion to Compel except the currently scheduled December 16, 2025 oral argument. Postponing the status conference will allow time for a decision by Judge Walton Pratt on Defendants' Motion to Compel.

7. On December 5, 2025, counsel for Bitcoin Depot discussed this deadline with counsel for Plaintiffs. Plaintiffs' counsel has no objection to the continuance and this motion is being brought jointly.

**WHEREFORE**, pursuant to Local Rule 6-1 and by joint request of the parties, the parties respectfully ask that the status conference initially scheduled for December 17, 2025 shall be moved to February 2, 2026.

|  |  |
|---|---|
|  | Respectfully submitted, |
| December 10, 2025 | DEFENDANTS<br>BITCOIN DEPOT, INC.,<br>BITCOIN DEPOT OPERATING, LLC<br>d/b/a/ BITCOIN DEPOT |
|  | */s/ Nicole E. Narotzky*<br>*Admitted Pro Hac Vice*<br>MN Bar No. 0329885<br>GREENBERG TRAURIG, LLP<br>90 South Seventh St., Suite 3500<br>Minneapolis, MN 55402<br>Tel: 612-259-9700<br>nicole.narotzky@gtlaw.com |
|  | Jena M. Valdetero<br>IL Bar No. 06290948<br>GREENBERG TRAURIG, LLP<br>360 N. Green St., Suite 1300<br>Chicago, IL 60607<br>Tel: 312-456-1025<br>jena.valdetero@gtlaw.com |
| December 10, 2025 | PLAINTIFF STEVE BECKETT |
|  | */s/ Brian D. Flick*<br>OH Bar No. 0081605<br>DANN LAW<br>15000 Madison Avenue<br>Lakewood, OH 44107<br>Tel: 216-373-0539<br>bflick@dannlaw.com |

3