UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| **STEVE BECKETT**, individually and on behalf of all others similarly situated,<br>        Plaintiff,<br>v.<br><br>**BITCOIN DEPOT INC**,<br>AND<br>**BITCOIN DEPOT OPERATING, LLC (D/B/A BITCOIN DEPOT)**<br>        Defendants. | No. 1:25-cv-01450-TWP-MG |

## ORDER GRANTING JOINT MOTION FOR CONTINUANCE OF STATUS CONFERENCE

This matter is before the Court on the Parties' Joint Motion for Continuance of Status Conference (Filing No. 38). Currently pending before the Court is Defendants' Motion to Compel Arbitration (Filing No. 21), with a hearing on the motion scheduled for December 16, 2025. Having reviewed the parties' Case Management Plan and the docket for this case, the request to continue the status conference is **granted**.

A Telephonic Initial Pretrial Conference on the matter shall now take place on _____, at [TIME] to discuss case status. Counsel shall attend the status conference by calling the designated telephone number, to be provided by the Court via email generated by the Court's ECF system.

IT IS SO ORDERED.

Date: _____    _____
                                                                          Hon. Mario Garcia
                                                                           United States Magistrate Judge
                                                                           Southern District of Indiana

Distribution:

Brian Daniel Flick
Dann Law Firm
bflick@dannlaw.com

Marita Isabel Ramirez
Dann Law Firm
mramirez@dannlaw.com

Nicole E. Narotzky
Greenberg Traurig LLP
nicole.narotzky@gtlaw.com

Jena M. Valdetero
Greenberg Traurig LLP
jena.valdetero@gtlaw.com