UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| **STEVE BECKETT**, individually and on behalf of all others similarly situated, c/o DannLaw 15000 Madison Avenue Lakewood, OH 44107<br><br>     Plaintiffs,<br><br>v.<br><br>**BITCOIN DEPOT INC.** c/o Corporation Service Company Registered Agent 135 North Pennsylvania Street, Suite 1610 Indianapolis, IN 46204<br><br>AND<br><br>**BITCOIN DEPOT OPERATING, LLC (D/B/A BITCOIN DEPOT)** c/o Corporation Service Company Registered Agent 135 North Pennsylvania Street, Suite 1610 Indianapolis, IN 46204<br><br>     Defendants. | Case No. 1:25-cv-01450-TWP-MG<br><br>Judge Tanya Walton Pratt Magistrate Judge Mario Garcia |

## **MOTION TO WITHDRAW**

Nicole E. Narotzky, Esq., of the firm Greenberg Traurig, LLP, counsel of record for Defendants Bitcoin Depot, Inc., and Bitcoin Depot Operating, LLC ("Bitcoin Depot"), respectfully moves this Court for an Order allowing her to withdraw from representation. In support, Ms. Narotzky states as follows:

2

1. Ms. Narotzky has appeared as counsel of record for Bitcoin Depot in this matter.

2. Ms. Narotzky will be leaving the firm of Greenberg Traurig, LLP on January 26, 2026.

3. Ms. Narotzky has provided Bitcoin Depot notice of her intent to withdraw as counsel on January 7, 2026, in satisfaction of Local Rule 83-7.

4. Jena Valdetero, Esq., of Greenberg Trauirig, LLP, shall remain as counsel of record for Bitcoin Depot in this action.

5. Withdrawal at this stage will not unduly prejudice any party.

6. This Motion is made pursuant to Local Rule 83-7 of the Southern District of Indiana.

## CERTIFICATE OF CLIENT CONSENT

I HEREBY CERTIFY that I provided Bitcoin Depot notice of my intent to withdraw as counsel on January 7, 2026. Bitcoin Depot consents to the withdrawal of Nicole E. Narotzky, Esq., as counsel in the above-styled case.

**WHEREFORE,** Nicole E. Narotzky, Esq., respectfully requests that the Court enter an Order granting leave for Nicole E. Narotzky, Esq. to withdraw as counsel of record for Bitcoin Depot on January 26, 2026, and granting such other relief as the Court deems just and proper.

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this 20th day of January, 2026, a true and correct copy of the foregoing has been furnished by electronic filing with the Clerk of the Court via CM/ECFR, which will send notice of electronic filing to all counsel of record.

Dated: January 20, 2026	Respectfully submitted,

    */s/ Nicole Narotzky*
    Nicole E. Narotzky, Esq. (#0402971)
    GREENBERG TRAURIG, LLP
    90 South 7th Street, Suite 3500
    Minneapolis, MN 55402
    Tel. (612) 259-9752
    Email: nicole.narotzky@gtlaw.com